UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 7

Frozen Wheels, LLC,                                       Case No. 22-18638-LMI
B"H Frozen Wheels, LLC,                                   (Substantively Consolidated)

               Debtor.
_____/

## TRUSTEE'S DECLARATION IN SUPPORT OF WAIVER OF FILING FEES

I, Maria M. Yip, Trustee, declare as follows:

1.      I am the Trustee for this Chapter 7 case.

2.      The Trustee is filing numerous complaints commencing adversary proceedings, and there will be insufficient funds on hand in the estate from which to pay the filing fees for the proceedings.

3.      The Trustee requests that the Court waive or defer the filing fees for each of the proceedings at this time.

*I, Maria M. Yip, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on December 2, 2024.*

Maria M. Yip, Trustee