UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Frozen Wheels, LLC and                              Case No. 22-18638-LMI
B"H Frozen Wheels, LLC,
                                                    Chapter 7
          Debtor,                                   (Substantively Consolidated)
_____/

Maria M. Yip, Trustee,                              Adv. Proc. No. 24-01453-LMI

          Plaintiff,

v.

Gonzalo N. Villoslada,

          Defendant.
_____/

## CERTIFICATE OF SERVICE RE: ECF NO. 15

**I CERTIFY** that a true and correct copy of the *Order Granting Plaintiff's Motion for Third Extension of Time to Serve Defendant Gonzalo N. Villoslada* (ECF No. 15) was furnished on August 5, 2025, via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this case reflected on the service CM/ECF Service List.

Dated: August 5, 2025                    **LESSNE HOFFMAN, PLLC**
                                         *Counsel for Trustee*
                                         100 S.E. 3rd Avenue, 10th Floor
                                         Ft. Lauderdale, FL 33394
                                         Phone: 954.372.5759
                                         E-mail address: mrochman@lessnehoffman.law

                                         By: */s/ Matthew I Rochman*
                                              Matthew I Rochman
                                              Florida Bar No. 84615

1

**CM/ECF Service List**

Michael S Hoffman on behalf of Plaintiff Maria Yip
mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com

Michael D Lessne on behalf of Plaintiff Maria Yip
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Matthew I Rochman on behalf of Plaintiff Maria Yip
mrochman@lessnehoffman.law, cthornton@lessnehoffman.law