

**ORDERED in the Southern District of Florida on October 17, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Frozen Wheels, LLC and<br>B"H Frozen Wheels, LLC, | Case No. 22-18638-LMI<br>(Substantively Consolidated) |
| Debtor._____/ | |
| Maria M. Yip, Trustee, | |
| Plaintiff, | Adv. Proc. No.: 24-01453-LMI |
| v. | |
| Gonzalo N. Villoslada, | |
| Defendant._____/ | |

### ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS

This matter came before the Court without a hearing on Plaintiff Maria M. Yip as Trustee of the Bankruptcy Estate of Frozen Wheels, LLC and B"H Frozen Wheels, LLC's (the "**Plaintiff**")

1

Motion for Alternative Service of Process Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure [ECF No. 18] (the "**Motion**"). The Court, having reviewed the Motion and the record, and being fully advised in the matter, **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. Plaintiff is authorized to serve Defendant Gonzalo N. Villoslada by the following alternative means:

    - Email to Defendant Gonzalo N. Villoslada's last known email address: gonzavilloslada1980@gmail.com.

3. Such service shall constitute valid and effective service of process pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

4. Plaintiff shall file proof of service in accordance with this Order within three (3) days of completion of service.

###

**Submitted by: Carlos Osorio, Esq. Osorio Internacional, 175 SW 7th Street, Suite 1800 Miami Fl 33130, Counsel for Trustee; Ph. 305-900-4103**

**Attorney Carlos Osorio is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.**