Form CGFD61 (9/19/08)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

Case Number: 22−18638−LMI                                                            Adversary Number: 24−01453−LMI

In re:

**Name of Debtor(s):** Frozen Wheels, LLC

_____/

**Maria M. Yip**

Plaintiff(s)

**VS.**

**Gonzalo N Villoslada**

Defendant(s)

_____/

## ENTRY OF DEFAULT

   A motion for entry of default has been filed pursuant to Local Rule 7055−1. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

> Name: **Gonzalo N. Villoslada**

   Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

**Dated: 12/18/25**                                                            **CLERK OF COURT**
                                                                               By: Olga Rodriguez
                                                                               Deputy Clerk (305) 714−1800

The clerk shall serve a copy of the Entry of Default on all parties to the adversary proceeding