UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Frozen Wheels, LLC and Case No. 22-18638-LMI
B"H Frozen Wheels, LLC,

 Chapter 7
 Debtor, (Substantively Consolidated)
 /

Maria M. Yip, Trustee, Adv. Proc. No. 24-01453-LMI

 Plaintiff,

v.

Gonzalo N. Villoslada,

 Defendant.
 /

**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL
JUDGMENT AFTER DEFAULT AGAINST DEFENDANT
<u>GONZALO N. VILLOSLADA AS TO COUNTS 1 AND 2 OF THE COMPLAINT</u>**

On _____, the Court considered *Plaintiff's Motion for Final Judgment After Default Against Defendant Gonzalo N. Villoslada as to Counts 1, and 2 of the Complaint* (ECF No. \_\_\_) (the "**Motion**") filed by Maria M. Yip, Trustee (the "**Plaintiff**") against Gonzalo N. Villoslada (the "**Defendant**"). The Court, having reviewed the Motion and the record in this case finds good cause to enter a final judgment in favor of the Plaintiff and against the Defendant. Accordingly, it is **ORDERED**:

1. The Motion is **GRANTED**.

2. The Court will enter a final judgment after default in favor of the Plaintiff and against the Defendant as to counts 1, and 2 of the Complaint: (a) finding that the transfer described in the Complaint totaling $68,200.00 made to the Defendant are avoidable and recoverable by the Plaintiff and against Defendant (with interest from the date of the transfer through March 11, 2026, at the federal rate under 28 U.S.C. § 1961 in the sum of $5,272.08); (b) avoiding the transfer and recovering its value (with such interest); (c) for damages in the total amount of **$73,472.08**, as calculated in the Motion, bearing post-judgment interest at the federal rate from the date of the final judgment; and (d) requiring the Defendant to complete under oath the Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) and to serve the completed form and all documents required to be attached to the form upon the Plaintiff's counsel within 45 days from the date of the judgment.

###

**Submitted by: Carlos Osorio, Esq. Osorio Internacional, 175 SW 7th Street, Suite 1800 Miami Fl 33130, Counsel for Trustee; Ph. 305-900-4103**

**Attorney Carlos Osorio is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.**