UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Frozen Wheels, LLC and                                    Case No. 22-18638-LMI
B"H Frozen Wheels, LLC,
                                                          Chapter 7
        Debtor,                                   (Substantively Consolidated)
_____/

Maria M. Yip, Trustee,                                    Adv. Proc. No. 24-01453-LMI

        Plaintiff,

v.

Gonzalo N. Villoslada,

        Defendant.
_____/

**FINAL JUDGMENT AFTER DEFAULT AGAINST DEFENDANT
<u>GONZALO N. VILLOSLADA</u>**

**THIS MATTER** having come before the Court upon the Court's Order Granting Plaintiff's Motion for Judgment After Default Against Defendant Gonzalo N. Villoslada (ECF No. __), and the Court **FINDING** that the transfer described in the Complaint in the amount of $68,200.00 is avoidable and recoverable with interest under counts 1 and 2 of the Complaint by Maria M. Yip, Trustee (the "**Plaintiff**") of the substantively consolidated bankruptcy estate of Frozen Wheels, LLC and B"H Frozen Wheels, LLC, and against Gonzalo N. Villoslada (the "**Defendant**"), and that good cause exists to enter this final judgment,

It is **ORDERED** and **ADJUDGED**:

1. The Motion is **GRANTED**.

2. The transfers described in the Complaint totaling $68,200.00 are AVOIDED under counts 1 (pursuant to 11 U.S.C. § 544 and Fla. Stat. § 726.105(1)(b) and § 726.108, and to recover the transfers under 11 U.S.C. § 550(a)) and 2 of the Complaint (which seeks to recover the transfers under 11 U.S.C. § 544 and Fla. Stat. § 726.106(1) and § 726.108, and to recover the transfers under 11 U.S.C. § 550(a)), and the $68,200.00 plus interest from the date of each transfer through March 11, 2026 at the federal rate under 28 U.S.C. § 1961 in the amount of $5,272.08, must be **RECOVERED** pursuant to 11 U.S.C. § 550 by and awarded to the Plaintiff and against the Defendant.

3. Final judgment is entered in favor of the Plaintiff, Maria M. Yip, Trustee, with an address of 2 S. Biscayne Blvd., Suite 2690, Miami, Florida 33131, and against the Defendant, Gonzalo N. Villoslada, a resident of Argentina, in the sum of $68,200.00, plus prejudgment interest in the sum of $5,272.08, for the total sum of **$73,472.08**, bearing interest at the federal rate under 28 U.S.C. § 1961 from the date of this final judgment, for all of which sum let execution issue forthwith.

4. The Defendant, Gonzalo N. Villoslada is ordered to complete under oath the Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) and serve the completed form (signed under oath) and all documents required to be attached to the form upon the Plaintiff's counsel, within 45 days from the date of this final judgment.

###

**Submitted by: Carlos Osorio, Esq. Osorio Internacional, 175 SW 7th Street, Suite 1800 Miami Fl 33130, Counsel for Trustee; Ph. 305-900-4103**

**Attorney Carlos Osorio is directed to serve to serve a copy of this final judgment and Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) on the parties listed below and to file a certificate of service.**

Copies to be furnished to:
Defendant/Judgment Debtor:
Gonzalo N. Villoslada
gonzavilloslada1980@gmail.com

Plaintiff/Judgment Creditor:
Maria M. Yip, Trustee
2 S. Biscayne Blvd., Suite 2690
Miami, Florida 33131